UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )       Case No. 24-CR-10035-JEK<br>)<br>(3) JUNMYUNG LEE,                  )<br>        Defendant.              ) | |

## ORDER FOR INTERLOCUTORY SALE

It is hereby ORDERED, ADJUDGED, and DECREED that:

The Motion for Interlocutory Sale of the following asset is allowed:

> 2018 Chevy Corvette Grand bearing the VIN number 1G1YY2D73J5105000 seized from Junmyung Lee at 71 Legacy Blvd., Dedham, Massachusetts 02026 on or about November 8, 2023 (the "Corvette").

The interlocutory sale of the Corvette will take place on the following terms:

a. The Defendant shall promptly execute any and all documents necessary to transfer possession of, and clear title to, the Corvette to the United States for the sole purpose of the interlocutory sale of the Corvette.

b. The Department of Homeland Security, U.S. Customs and Border Protection ("CBP") shall sell the Corvette. CBP shall arrange for, and shall have sole control of, the sale of the Corvette, in accordance with the regulations prescribed by the Department of Justice and the policies regarding the disposition of properties subject to forfeiture. CBP may, among other things, retain professionals in its reasonable best efforts to auction and sell the Corvette at the highest possible price. CBP shall have sole discretion in negotiating, accepting, and rejecting offers for the Corvette.

c. The net proceeds of the sale of the Corvette will include all monies realized from the sale of the Corvette, minus the following:

  (i) the verified, outstanding lien of Lendbuzz, as defined in the Expedited Settlement Agreement; and

  (ii) all seizure, storage, auction, and sales costs and expenses reasonably incurred by the United States in marketing and selling the Corvette.

d. CBP shall deposit any remaining net proceeds of the sale of the Corvette in the Treasury Suspense Account ("TSA"), pending adjudication of any and all

    forfeiture proceedings, further stipulation of the Parties, or by an order of the United States District Court. The net proceeds of the sale of the Corvette shall be held in lieu of the Corvette in connection with any subsequent forfeiture proceedings.

  e. Upon satisfaction of its lien from the net proceeds, and unless specifically directed by the Court, Lendbuzz shall be excused and relieved from further participation in this action.

  f. At the conclusion of the criminal case and any forfeiture proceedings relating to the Corvette, the net sale proceeds held in the TSA will be disposed of according to law.

SO ORDERED AND ENDORSED:

_____
**Hon. David H. Hennessy**
United States Magistrate Judge

Date: Jul 11, 2024