IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, | CRIMINAL 24cr10035 |
| Plaintiff, | |
| vs. | |
| JUNMYUNG LEE, | |
| Defendant. | |

The defendant requests that the Court schedule a Rule 11 hearing at a time convenient to the Court and the parties.

**Respectfully submitted,**

JUNMYUNG LEE,
By His Attorney,

/s/John A. Amabile
John A. Amabile, Esq.
BBO# 016940
Amabile & Burkly, P.C.
380 Pleasant Street
Brockton, MA 02301
JAmabile@abpclaw.com

1

## CERTIFICATE OF SERVICE

I hereby declare that I have today filed this document and its attached exhibit in the above case using the ECF system, which shall send notification of such filing to the United States Attorney and all other parties.

>/s/ John A. Amabile
>John Amabile
>380 Pleasant Street
>Brockton, MA  02301
>BBO # 016940
>(T) 508.559.6966
>(F) 508.559.7954
>jamabile@abpclaw.com

Dated: September 5, 2024